**Opinion issued January 22, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00048-CV

———————————

## IN RE TARA MARIE THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tara Marie Thomas, proceeding pro se, has filed a petition for writ of mandamus challenging the trial court's decision to strike her jury request and proceed to trial.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We deny

---

[1]  The underlying case is *In the Interest of B.C.T. and L.K.T., Children*, cause number 2016-88084, pending in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding.

Real Party in Interest's request for sanctions. *See id*. 52.11.   We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.